**Denied and Opinion Filed October 24, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-01198-CV

### IN RE GILLEAN SISTERS REAL ESTATE LLC, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-23-0953**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is relator's October 10, 2024 petition for writ of mandamus.

Relator asks this Court to compel the trial court to issue a capias warrant for the

agent and attorney of record for real party in interest.

Entitlement to mandamus relief requires relator to show that the trial court

clearly abused its discretion and that relator lacks an adequate appellate remedy. *In*

*re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude

that relator has failed to demonstrate entitlement to the requested mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

241198f.p05

/Robbie Partida-Kipness//
ROBBIE PARTIDA-KIPNESS
JUSTICE